```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014   FAX (213) 689-3055
 4
                    UNITED STATES BANKRUPTCY COURT
 5                    CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                          ) Case No.: 2:09-bk-17877-VZ
                                    )
 8     Corpus, Peter John           ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
 9                                  ) (Bankruptcy Rule 3011)
                                    )
                                    )
10                                  )
                                    )
11
12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        Please find annexed hereto Check No. 639367 in the sum of
13
    $18.07 representing the total amount of unclaimed dividend in
14
    the above-entitled debtor's estate.  The check was not
15
    deliverable at the address of record.  The Trustee, after due
16
    diligence, has not been able to locate the payee.  Said sum is
17
    paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
    reflects the name and address of the party entitled to said
19
    unclaimed dividend to be:
20
21              Corpus, Peter John
                1817 N. Ivar Ave., #1
22              Hollywood, CA  90028
23
24
25  Date: July 21, 2011              /s/ Nancy Curry
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                    Check No. 639367

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0917877-VZ | 999-0 | CORPUS, PETER JOHN | | 0.00 | 18.07 | 0.00 | 18.07 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

July 19, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

84-79 / 611

No. 639367

PAY** Eighteen Dollars and 07 Cents*************************************

AMOUNT****$18.07*************

VOID AFTER October 17, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA 90012-

*Nancy Curry*

⑈639367⑈ ⑆061100790⑆ 000000575200⑈